Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*UNITED STATES DISTRICT COURT FILED JUL 13 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**18 CV 774 W**

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Darnell Green DIN: 07-B-0547
2. ___

-VS-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Sergeant, Lewalski
2. Officer, Horbett
3. Officer, Rivera
4. Officer, Rivera
5. Officer, Mancini
6. Officer, Pecora

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Darnell Green DIN 07-B-0547

Present Place of Confinement & Address: Elmira Correctional Facility P.O. Box 500 Elmira New York 14902-0500

Name and Prisoner Number of Plaintiff: ___

Present Place of Confinement & Address: ___

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
   Yes ✓   No ____

*If Yes, complete the next section.* NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): **Darnell Green**
   Defendant(s): **Wendy E. Morcio Assistant Attorney Main Place Tower, 350 Main St., Suite 300A, Buffalo 14202**

2. Court (if federal court, name the district; if state court, name the county): **Court of Claims State of NY, Empire State Plaza, Box 7344 Capitol Station Albany NY 12224**

3. Docket or Index Number: **Motion-No. M-92080 — Motion-No. M-92203**

4. Name of Judge to whom case was assigned: **Hon. Stephen J. Lynch.**

5. The approximate date the action was filed: **February 27, 2018**

6. What was the disposition of the case?

    Is it still pending? Yes____ No **✓**

        If not, give the approximate date it was resolved. **May 31, 2018**

    Disposition (check the statements which apply):

      **✓** Dismissed (check the box which indicates why it was dismissed):

        **✓** By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        **✓** By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

      **✓** Judgment upon motion or after trial entered for

        **✓** plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No **✓**

If Yes. complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

___ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ___ By court for failure to exhaust administrative remedies;

    ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ___ By court due to your voluntary withdrawal of claim;

___ <u>Judgment</u> upon motion or after trial entered for

    ___ plaintiff

    ___ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

A. FIRST CLAIM: On (date of the incident) On February 9, 2017, at approximately 8:40 am defendant (give the name and position held of each defendant involved in this incident) Officer, Sergeant Lewalski, → Officer, Horbett, → Officer, Rivera, → Officer, Mancini, → Officer, Pecora did the following to me (briefly state what each defendant named above did): Sergeant, [Lewalski] punched me in the face and lip; Officer, [Mancini] struck me with the stick on the top of my head Officer, [Rivera] and the other officers was kicken me, bruius and broken my ribs; also Security hadn't presente sufficient evidence of malfeasance to the investigation office .. Excessive force.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: For my eighth Amendment under the federal constitution, was violated

The relief I am seeking for this claim is (briefly state the relief sought): Compensatory damages sum of money, for the injuries that I suffered further, nominal damages.

Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ___ No If yes, what was the result? The first Grievance was denied.

Did you appeal that decision? ✓ Yes ___ No If yes, what was the result? The Grievance was unanimously accepted.

Attach copies of any documents that indicate that you have exhausted this claim.

If you did not exhaust your administrative remedies, state why you did not do so: ___

A. SECOND CLAIM: On (date of the incident) On February 27, 2017 and June 21, 2017 defendant (give the name and position held of each defendant involved in this incident) DR. Jaguilime Levitt, → DR. Gusman, → DR. Wouf: medical doctors

did the following to me (briefly state what each defendant named above did): DR. Levitt, at Wende Correctional Facility, and DR. Wolf and DR. Gusman at Sullivan Correctional Facility. Plaintiff was informed by these Doctors that I hade no broken ribs Thats was Incorrectly, of miss diagnosed after numerous of examination and overlooken exam reports. causing negligent malpractice

The constitutional basis for this claim under 42 U.S.C. § 1983 is: For My eighth Amendment under the Federal Constitution was violated

The relief I am seeking for this claim is (briefly state the relief sought): Compensatory damages sum of money, for the Injuries that I suffered Further, Nominal damages.

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? The Grievance was accepted.

Did you appeal that decision? ✓ Yes ___ No   If yes, what was the result? I'am still waiten for that decision.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

If you have additional claims, use the above format and set them out on additional sheets of paper.

### 6. RELIEF SOUGHT
*Summarize the relief requested by you in each statement of claim above.*

Compensatory damages, sum of money for The Injuries that I suffered. Further Nominal damages, for the extreme and outrageous misconduct of all defendants, Further

Do you want a jury trial? Yes ✓ No ___

6

2] The Nature of the claim "Summarize" For relieF

The claim is For Physical [Assault] and emotional Personal Injuries, past pain and suffering, Future pain and suffering, past and Future medical expenses, loss of services economic Damages and other damages sustained as a result of the negligence of new york state Department of Corrections their agents, servants and/or employees. Claimant Further alleges violation of claimant's civil right as well as violation of 42 USC 1983 and 1988.

3] The time when, the place where and the manner in which the claim arose: Wende Correctional Facility, Time 8:40 am,

Failing to properly treat claimant's injuries in failing to follow its own police rules, guidines and regulatations; In causing physical harm to claimait; In violating the claimant's civil rights: of eighth Amendment.

4] Medical misconduct, consist of intentionally denying or delaying access to medical care or intentionally interfering with priscribed treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 10, 2018___
                (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
                        *Darnell Green*
                    Signature(s) of Plaintiff(s)