UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DARNELL GREEN (07-B-0547)

      Plaintiff,

v.                                      18-CV-00774-EAW


SERGEANT LEWALSKI, OFFICER HORBETT,
OFFICER RIVERA, OFFICER MANCINI,
OFFICER PECORA, DR. LEVITT,
DR. GUSMAN AND DR. WOLF,

      Defendants.

_____

### STATEMENT OF UNDISPUTED FACTS

      Pursuant to Rule 56 of the Federal Rules of Civil Procedures and Rule 56.1 of the Local Rules of civil procedure for the Western District of New York, Defendant Sergeant Lewalski ("Sgt. Lewalski") submits this Statement of Undisputed Material Facts in support of his Motion for Summary Judgment. The undisputed facts material to this motion are as follows:

### History of Plaintiff and Procedural Background

1. At the time of this incident Plaintiff, Darnell Green ("Green") was an inmate in the care and custody of Wende Correctional Facility ("Wende").

2. Green is currently imprisoned for Assault, Manslaughter, and a concurrent sentence for possession of drugs. (Exhibit A-Green EBT pg. 78-79).

3. Green has been disciplined for prior assaults on staff, disturbances and refusal to follow orders (*See* Exhibit A-Green EBT pg. 57-58, (violent conduct, assault on staff, creating

disturbances and direct order)), (*See* Exhibit A-Green EBT pg. 60-61, (assault on staff, creating a disturbance, unhygienic act, and direct order)), (See Exhibit A-Green EBT pg. 61-64, (Tier 3 incident)), (See Exhibit A- Green EBT pg. 107-111, (two incidents three days apart)).

4. Green had no use of force incidents with Lewalski before or after the incident referenced in this Complaint (Exhibit A-Green EBT pg. 115).

5. Green commenced this action against Sergeant Lewalski, Officer Horbett, Officer Rivera, Officer Mancini, Officer Pecora, Dr. Levitt, Dr. Gusman, and Dr. Wolf.

6. Green filed a Complaint on July 13, 2018, based on two different situations which occurred on the same day.

7. Green alleges a civil rights action under 42 U.S.C. 1983 based on a disturbance Green caused during an event in the gym.

8. He wanted to go back to his cell (Exhibit A -Green EBT pg. 13-16).

9. Green alleges that excessive force was used and violated his 8th amendment rights. (dkt #1, Green Complaint pg. 5).

10. Sgt. Lewalski is only involved in the first use of force incident, which relates to the first cause of action in the Complaint. (dkt #1 -Green Complaint, pg. 5)

**FEBRUARY 9, 2017 INCIDENT**

11. This lawsuit concerns events that occurred on February 9, 2017, starting around 8:40 am at Wende Correctional Facility.

12. Wende is a maximum security prison.

13. Green was an inmate at Wende attending a classical musical event with 60 other inmates.

14. Green requested to be taken back to his cell on multiple occasions during this event and wanted to speak to a Sergeant. (Exhibit A- Green EBT at pg. 13-15).

15. Two Officers, Officer Rivera and Officer Horbett escorted Green out of the event to speak to Lewalski in the hallway. (Exhibit A- Green EBT at pg. 16).

16. When Green continued to be verbally disruptive, Lewalski told the officer to "lock him up" (Exhibit A- Green EBT pg. 18-19).

17. Green argued back at this demand. (Exhibit A- Green EBT pg. 18-19).

18. On the escort Green was involved in a 45 second use of force incident. (Exhibit A-Green EBT pg. 19-23).

19. Green testified, that he was then pushed into Lewalski from behind and this caused Lewalski to fall into a wall. (Exhibit A-Green EBT pg. 19).

20. Green said that he did not know what happened or how he was injured because it was taking place behind him. (Exhibit A-Green EBT pg. 20-21).

21. While Green was allegedly being onto Lewalski, Lewalski hit Green in the face and lip to get him off him. (Exhibit B- Green Complaint pg. 5).

22. Green testified that the punch from Lewalski happened after he got pushed into him, his face was in his chest, and that he was at an awkward angle on Lewalski. (Exhibit A-Green EBT pg. 81-82).

23. Green described these punches, as not strong blows. (Exhibit A- Green EBT pg. 83).

24. Green was also struck with a stick by the person behind him and believed that this was the cause of the cut on his head and that it was not from Lewalski. (Exhibit A-Green EBT pg. 91-92).

25. Green claims the pain was on his side, a cut on his head and lesser cuts and abrasions.

3

(Exhibit A-Green EBT pg. 39-40).

26. Green acknowledged that this altercation could have been caused by him not being bound by handcuffs or anything, his quick movements of turning a certain way, and the fact that he has a few assaults on correctional officers which put guards on edge (Exhibit A-Green EBT pg. 95).

27. Green affirmed that he was probably acting aggressively or emotionally to the officers as well. (Exhibit A-Green EBT pg. 117).

28. After this incident occurred, Green was escorted by entirely different officers to the Regional Medical Unit, which is when the second cause of action claim occurred. (Exhibit A-Green EBT pg. 25-29), (Exhibit A-Green EBT pg. 55-56).

29. This was Green's second use of force incident that occurred on February 9th, 2017. (Exhibit A- Green EBT pg. 89).

30. Sgt. Lewalski was not involved in the second use of force incident. (Exhibit A- Green EBT pg. 89).

31. After this day, three different doctors examined Green and clarified that nothing was wrong with him. (Exhibit A- Green EBT pg. 55-56).

Dated: July 16, 2021
       Orchard Park, New York

MEYERS BUTH LAW GROUP, PLLC
Attorneys for Defendant Sergeant Lewalski

By: /s/ Cheryl Meyers Buth
Cheryl Meyers Buth, Of Counsel
Laurie A. Baker, Of Counsel
21 Princeton Place
Suite 105
Orchard Park, New York 14127

4

(716)508-8598
cmbuth@mblg.us

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARNELL GREEN (07-B-0547)

      Plaintiff,

v.                                                            18-CV-00774-EAW


SERGEANT LEWALSKI, OFFICER HORBETT,
OFFICER RIVERA, OFFICER MANCINI,
OFFICER PECORA, DR. LEVITT,
DR. GUSMAN AND DR. WOLF,


      Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of 2021, I electronically filed the foregoing Statement

of Undisputed Facts with the Clerk of the District Court using the CM/ECF system, which sent

notification for such filing to the following:

    Asst. Attorney General David Sleight
    Office of the Attorney General
    Main Place Tower
    Suite 300A
    350 Main Street
    Buffalo, New York 14202
    716-852-6274
    David.sleight@ag.ny.gov

    And I mailed a hard copy of this document to :

    Darnell Greene
    07B0547
    WENDE CORRECTIONAL FACILITY
    Box 1187

Alden, NY 14004-1187
PRO SE

s/ Cheryl Meyers Buth