CASE NO. 18-cv-774

NAME: Green, Darnell
DIN: 07-B-0547
Date: Feb 10, 2023.
Custody: Coxsackie Correctional Facility

To: Elizabeth A. Wolford               Greeting
     Chief Judge
     United State District Court

Subject: I have finally arrived back at Coxsackie Facility on 2/9/2023. and I had see my Guidance Counselor regarding CR Release Consideration on Parole. She said that they are not Releasing me Because, I haven't Taken the ASAT program which is an Rehabilitation Drug or alcohol for Incarcerated Individuals. However I had an assessment with Poinsette, ASAT Counselor and I let him no that I hadn't Done any alcohol since 2005. and I'm not a Drug user. Meanwhile their nethin I can do about this answer. finally I'am sorry for haven you wait for this information, but for the meantime Thank you Take Care

Plaintiff would like to no Is their any Thing you can do regarding his Lost of good Time, because he Believe that he should be relense Do to Rehabilitation his self By not doing any alcohol Drug or smoking since 2005.

1:18-cv-00774-EAW-HKS
Green v. Lewalski, et Al

```
01/27/23                RECEPTION/CLASSIFICATION SYSTEM
10:32:08                   LEGAL DATE COMPUTATION        BY: C130AEG
                                            COMP DATE/TIME: 01/27/2023  10:30A
           TYPE U05  GOOD TIME LOST

    DIN:  07B0547  NAME:  GREEN, DARNELL              NYSID:  09512377L
    DATE RECEIVED: 02/20/2007              E1-22
    CURRENT LOCATION:  ATTICA GEN    0A-02-123

HEARING DATE              2023 03      TIME ALLOWANCE COMM DATE
HEARING TYPE              CRC          TIME ALLOWANCE COMM TYPE   FMAX
TENTATIVE RELEASE DATE                 POST-RELEASE SUPERVISION   0005 00 00
GRADUATION DATE                        PRS MAXIMUM EXPIRATION DT

PAROLE ELIGIBILITY DATE                MAXIMUM EXPIRATION DATE    2026 03 19

MERIT ELIGIBILITY DATE                 ORIGINAL GOOD TIME         0002 10 12

SUPP MERIT ELIG DATE                   GOOD TIME RESTORED         +

PAROLE DISCHARGE DATE                  GOOD TIME LOST             -0002 10 12

MAX EXP PAR SUPER (MEPS)               GOOD TIME POSSIBLE         =0000 00 00
LIMITED CREDIT TIME POSS
LIMITED CREDIT TIME DATE               CONDITIONAL RELEASE DATE    9999 99 99

COMMENTS:




DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)
```

```
FORM 2189    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES    01/24/23
REV. 08/2022         REPORT OF TIME ALLOWANCE COMMITTEE REVIEW          SRCL035
```

1. FACILITY  COXSACKIE                  CONSIDERATION DATE   01/2023 INIT

2. I/I  GREEN, DARNELL                                DIN   07B0547

3. CR DATE  05/07/2023    ME DATE  03/19/2026

4. TOTAL GOOD TIME AVAILABLE.......................................... 0002-10-12

5A. TIME TENTATIVELY LOST IN TIER III HEARINGS....................... 04-04-000

    (MORE THAN SIX SANCTIONS, SEE ATTACHED SHEET(S))

5B. TIME TENTATIVELY LOST IN TIER III HEARINGS
    PRIOR TO COMPUTERIZATION......................................... _____

5C. TIME TENTATIVELY LOST AT OCFS(OFFICE CHILD/FAM SVCS)............. _____

5D. TOTAL TENTATIVELY LOST GOOD TIME................................. 4-4-0

6. RESTORATION OF TENTATIVELY LOST GOOD TIME........................ 0

   REASONS _____

7. LOST GOOD TIME - TAC HEARING(IF APPLICABLE)
   (DIRECTIVE 4932 SEC. 261.4)..................................... 0

8. TOTAL GOOD TIME WITHHELD(IF APPLICABLE)........................... 2-10-12

9. ALLOWANCE RECOMMENDED(LINE 4 MINUS LINE 8)........................ 0

   REASONS  TAC recommends to withhold 2-10-12 of good time
   upon completion of ASAT, may reapply to TAC for reconsideration
   upon completion of program and no further disciplinary
   reports.

10. RECONSIDERATION DATE, IF ESTABLISHED............................. _____

    _Charles S. [signature]_          DSA              1-26-23
    SIGNATURE OF CHAIRMAN            TITLE              DATE

11. SUPERINTENDENT'S ACTION

    CONFIRM RECOMMENDATION __✓__   OTHER DETERMINATION ___  SPECIFY _____

    _BBlake ASupt [signature]_                         1-26-23
    SUPERINTENDENT                                      DATE

12. COMMISSIONER'S DECISION
                                                       DATE  1/26/23
    AFFIRMED _[signature]_    MODIFIED _____

    COMMENTS _____

NOTICE TO I/I: PURSUANT TO 7 NYCRR, CHAPTER V, PART 262 ALL TIME ALLOWANCE
DECISIONS ARE REVIEWED AUTOMATICALLY BY THE COMMISSIONER OR THEIR DESIGNEE.
THE DECISION OF THE COMMISSIONER OR THEIR DESIGNEE IS FINAL. YOU MAY
REQUEST RECONSIDERATION OF ANY DECISION TO WITHHOLD GOOD TIME BY WRITING
TO THE FACILITY TIME ALLOWANCE COMMITTEE CHAIRMAN.
DISTRIBUTION: CENTRAL OFFICE, GUIDANCE UNIT, I/I, PAROLE OFFICE, FAC FILE

 **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

# MEMORANDUM

TO: Darryl Green 07B0547 A-1-15S

FROM: A. Poinsette, ASAT ORC

DATE: 11/8/2022

RE: ASAT Placement.
You will be placed on a call-out next week to discuss your assessment for ASAT

Hale Creek C.F., 279 Maloney Road, Johnstown, NY 12095-3769 | (518) 736-2094 | www.doccs.ny.gov

COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: DARNell Green DIN: 07-B-0547

United State District court
western District courthouse
100 State Street
Rochester, New York 14614.

To: Judge Wolford

Legal Mail