United State District Court
Western District New York

Darnell Green (07-B-0547)
Plaintiff

V.

Defendant
Sergeant Lewalski et al




**Notice of Motion**
request a lawyer
18-cv-774

Please take notice, that the undersigned will bring this motion asking the courts can you provide Plaintiff with a Lawyer for Trial, because his Lack of legal training.

Date: Feb 14, 2023

Defendant
Officer Horbett
Officer Rivera
Officer Mancini
Officer Pecora
DR. Levitt, DR. Gusman,

S

**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: DARnell Green DIN: 07-B-0547

18 cv 774

U.S. District Court
western District new york
100 State Street,
Rochester N.y 14614