Name * Green, D
DIN * 07-B-0547
Date * Feb 18, 2023.
Custody * Coxsackie Correctional Facility

To      * Nicole Thompson-Williams          Greetings
         Pro se Paralegal

Subject * Paintiff, asking this office
         If its possible can you
         assist him with a print or
         typ out regarding Jury
         Instruction form book.

Note * The above Incarcerated Indivdual
       would like to no do this office
       assist paintiff with a print or
       typ out regarding Information
       of Jury Instruction that comes
       from the form book (e.g., sand,
       Modern Federal Jury Instruction;
       Devitt & Blackmar, Federal Jury Practice
       and Instruction; New York Pattern
       Jury Instruction (PJI).

1:18-cv-00774-EAW-HKS
Green v. Lewalski, et al